UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHENBIN FAN,<br>    Plaintiff,<br>v.<br>LAWRENCE BERKELEY NATIONAL LABORATORY, et al.,<br>    Defendants. | Case No. 14-cv-02399-TEH<br><br>**ORDER TERMINATING MOTION TO DISMISS AS MOOT** |

Based on the timely filing of an amended complaint, the pending motion to dismiss is terminated as moot.

**IT IS SO ORDERED.**

Dated:   06/20/14                                  _____
                                                                    THELTON E. HENDERSON
                                                                    United States District Judge