UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZHENBIN FAN,

           Plaintiff,

    v.

LAWRENCE BERKELEY NATIONAL
LABORATORY, et al.,

           Defendants.

Case No. 14-cv-02399-TEH

**ORDER ADVANCING CASE
MANAGEMENT CONFERENCE**

On August 26, 2014, this Court granted Plaintiff Zhenbin Fan's unopposed request for leave to amend his complaint to remove all federal claims and ordered that a second amended complaint ("SAC") be filed by September 15, 2014. The Court further ordered the parties to meet and confer on whether they would agree to remand this case and, if so, to file a stipulation and proposed order by the same date.

Fan timely filed a SAC. However, either through inadvertence or otherwise, it still contains reference to Title VII, SAC at 1, 11, and alleges that Defendants' actions "constitute outrageous and unlawful conduct and discrimination under the laws of . . . the United States of America," *id.* ¶ 41. In addition, the SAC contends that this Court has jurisdiction due to the amount in controversy, *id.* ¶ 11, but does not allege diversity.

To ensure that this case moves efficiently, the Court now ADVANCES the case management conference to **September 29, 2014, at 1:30 PM**. The parties shall file a joint case management conference statement on or before **September 22, 2014**, unless they reach agreement and file a stipulation and proposed order to remand before that date.

**IT IS SO ORDERED.**

Dated:   09/16/14

THELTON E. HENDERSON
United States District Judge