MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
MICHELLE LO (NY Bar No. 4325163)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7180
FAX: (415) 436-6748
Michelle.Lo@usdoj.gov

Attorneys for Defendants LAWRENCE BERKELEY NATIONAL LABORATORY AND U.S. DEPARTMENT OF ENERGY

Robert D. Eassa, Esq. (SBN 107970)
Robert.eassa@sedgwicklaw.com
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA 94101-2834
Tel:  (415) 781-7900
Fax: (415) 781-2635
Attorneys for Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

Mary Shea Hagebols (SBN 113222)
SHEA LAW OFFICES
1814 Franklin Street, Suite 800
Oakland, CA  94612
Telephone:  510-208-4422
FAX:  415-520-9407
Mary@SheaLaw.com

Attorneys for Plaintiff ZHENBIN FAN

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF  DEFENDANTS LAWRENCE BERKELEY NATIONAL LABORATORY AND U.S. DEPARTMENT OF ENERGY AND FOR REMAND
CASE NO. 14-CV-02399 TEH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHENBIN FAN, | CASE NO. 14-CV-02399 TEH |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS LAWRENCE BERKELEY NATIONAL LABORATORY AND U.S. DEPARTMENT OF ENERGY AND FOR REMAND |
| LAWRENCE BERKELEY NATIONAL LABORATORY; REGENTS OF THE UNIVERSITY OF CALIFORNIA; U.S. DEPARTMENT OF ENERGY; AND DOES 1 THROUGH 20, INCLUSIVE, | |
| Defendants. | |

Plaintiff ZHENBIN FAN and Defendants LAWRENCE BERKELEY NATIONAL LABORATORY, U.S. DEPARTMENT OF ENERGY and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA hereby stipulate as follows:

1. Defendants LAWRENCE BERKELEY NATIONAL LABORATORY and U.S. DEPARTMENT OF ENERGY were not Plaintiff's employers, and Plaintiff was not a federal employee, during the prior that he worked at Lawrence Berkeley National Laboratory between June 15, 2012 and December 11, 2012.

2. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), Plaintiff ZHENBIN FAN hereby dismisses LAWRENCE BERKELEY NATIONAL LABORATORY and U.S. DEPARTMENT OF ENERGY by way of this stipulation.

3. Plaintiff ZHENBIN FAN and Defendants LAWRENCE BERKELEY NATIONAL LABORATORY and U.S. DEPARTMENT OF ENERGY hereby agree and stipulate to the dismissal of all claims against Defendants LAWRENCE BERKELEY

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF  DEFENDANTS LAWRENCE BERKELEY NATIONAL LABORATORY AND U.S. DEPARTMENT OF ENERGY AND FOR REMAND
CASE NO. 14-CV-02399 TEH

- 2 -

NATIONAL LABORATORY and U.S. DEPARTMENT OF ENERGY in this action with prejudice.

4. This stipulation does not address Plaintiff ZHENBIN FAN's claims against Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA.

5. Plaintiff may file a Second Amended Complaint removing Defendants LAWRENCE BERKELEY NATIONAL LABORATORY and U.S. DEPARTMENT OF ENERGY and removing all federal claims;

6. The REGENTS hereby stipulate to remand this case to state court and that all federal questions (giving rise to removal to this Court) have been eliminated from the operative pleading.

7. Each party to this stipulation will bear its own costs and fees as to matters covered in the stipulation.

**IT IS SO STIPULATED.**

DATED: September 15, 2014     _/S/_____
MARY SHEA HAGEBOLS
Attorney for Plaintiff
ZHENBIN FAN

DATED: September 15, 2014     MELINDA HAAG
United States Attorney

_/s/_____
Michelle Lo

Attorneys for Defendants Lawrence Berkeley National Laboratory and U.S. Department of Energy

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS
LAWRENCE BERKELEY NATIONAL LABORATORY AND U.S. DEPARTMENT OF ENERGY
AND FOR REMAND
CASE NO. 14-CV-02399 TEH

SEDGWICK LLP

DATED: September 15, 2014     _____/s/_____
                                         Robert Eassa

Attorneys for Defendants The
Regents of the University of California

## (~~PROPOSED~~) ORDER

THE FOREGOING STIPULATION SHALL BE THE ORDER OF THE COURT.

IN PARTICULAR, PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS LAWRENCE BERKELEY NATIONAL LABORATORY AND U.S. DEPARTMENT OF ENERGY SHALL BE DISMISSED WITH PREJUDICE, EACH SIDE TO BEAR THEIR OWN FEES AND COSTS.

FURTHER, IN LIGHT OF THE SECOND AMENDED COMPAINT AND THE REMOVAL OF ALL FEDERAL QUESTIONS, THIS MATTER SHALL BE REMANDED TO THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF ALAMEDA.

IT IS SO ORDERED.

DATED: _____09/17_____, 2014     _____
                                         HON. THELTON E. HENDERSON
                                         United States District Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Thelton E. Henderson / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS
LAWRENCE BERKELEY NATIONAL LABORATORY AND U.S. DEPARTMENT OF ENERGY
AND FOR REMAND
CASE NO. 14-CV-02399 TEH

- 4 -